United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1877

_____

Jeffrey A. Trueman,                   *

                                     *

              Appellant,          *

                                       *    Appeal from the United States

     v.                               *    District Court for the

                                       *    District of Minnesota.

United States Department of Navy,   *

                                       *        [UNPUBLISHED]

             Appellee.           *

_____

Submitted:  November 18, 1997
Filed:  November 26, 1997

_____

Before BOWMAN, LAY, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Jeffrey Trueman sued the Navy for violating his rights under the Privacy Act, 5 U.S.C. § 552a (1994 & Supp. II 1996), by denying him access to records concerning his Navy career.  The District Court[1] granted the Navy's motion to dismiss the case under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  Having reviewed the record, we conclude that the dismissal of the suit was correct for two reasons:  (1) the District Court lacked jurisdiction because Trueman failed to exhaust his administrative

_____

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.

remedies prior to filing suit; and (2) Trueman did not file his claim within the period prescribed by the Privacy Act's statute of limitations, 5 U.S.C. § 522a(g)(5). Because an extensive opinion would have no precedential value, we affirm the judgment of the District Court in accordance with 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.